IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv552

| | |
|---|---|
| ALLIANCE BENEFIT GROUP CAROLINAS, LLC 401(K) PROFIT SHARING PLAN, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>MILLENNIUM INVESTMENT AND RETIREMENT ADVISORS, LLC, )<br>)<br>)<br>Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on the Report of the Mediator indicating that this action has been completely resolved and that the parties would be filing a voluntary dismissal by December 13, 2011. Review of the court docket reveals that such deadline has passed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the parties file their Rule 41 Stipulation of Dismissal not later than January 6, 2012. Absent such filing or other action to move the case forward, this action will be dismissed upon the court's motion after that date.

Signed: December 21, 2011

Max O. Cogburn Jr.
United States District Judge

-1-